UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAWN MARLESHA HANCHARD, <br><br> Plaintiff, <br><br> v. <br><br> JOHN T. WILCHER, in his official capacity as Sheriff of Chatham County, Georgia, JOHN & JANE DOE SHERIFF'S DEPUTY SUPERVISORS and/or CORRECTIONAL SUPERVISORS (1-10), and JOHN & JANE DOE SHERIFF'S DEPUTIES and/or CORRECTIONAL OFFICERS (1-10), <br><br> Defendants. | CIVIL ACTION <br> FILE NO.4:21-cv-00262 |

## JOINT NOTICE OF SETTLEMENT

COME NOW the undersigned counsel for Plaintiff and Defendants and hereby give notice that the above captioned case has been settled, and it is no longer necessary for the Court to rule on the pending motions filed by both sides. The parties agree to pay their own costs and intend to file a stipulation of dismissal with prejudice within 30 days if the Court does not dismiss the case *sua sponte*.

Respectfully submitted this 24th day of March, 2023.

(SIGNATURES ON NEXT PAGE)

BY CONSENT:

/s/ Craig T. Jones

_____

CRAIG T. JONES
Ga. Bar No. 399476
Counsel for Plaintiff

CRAIG T. JONES, P.C.
Post Office 129
Washington, Georgia 30673
(706) 678-2364 (office)
(678) 643-0062 (cell)
craigthomasjones@outlook.com

/s/ Andre Pretorius

_____

ANDRE PRETORIUS
Ga. Bar No. 298154
Counsel for Defendants

CHATHAM COUNTY ATTORNEY'S OFFICE
Post Office Box 8161
Savannah, Georgia 31412
(912) 652-7881
anpretorius@chathamcounty.org