IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAWN MARLESHA HANCHARD,              )<br>                                     )<br>     Plaintiff,                      )<br>                                     )<br>v.                                   )<br>                                     )<br>JOHN T. WILCHER, in his              )<br>official capacity as Sheriff of      )<br>Chatham County, Georgia; JOHN &      )<br>JANE DOE SHERIFF'S DEPUTY            )<br>SUPERVISORS AND/OR CORRECTIONAL      )<br>SUPERVISORS (1-10); and JOHN &       )<br>JANE DOE SHERIFF'S DEPUTIES          )<br>AND/OR CORRECTIONAL OFFICERS         )<br>(1-10);                              )<br>                                     )<br>     Defendants.                     )<br>                                     ) | CASE NO. CV421-262 |

## O R D E R

Before the Court is the parties' Joint Notice of Settlement. (Doc. 75.) In the notice, the parties represent that they have reached a settlement, and it is no longer necessary for the Court to rule on the pending motions in this case. (Id. at 1.) The parties also indicate they intend to file a stipulation of dismissal with prejudice within the next 30 days. (Id.) Accordingly, this case and all deadlines are hereby **STAYED** for 30 days, pending the filing of the parties' stipulation of dismissal. The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** Defendants' Motion for Summary Judgment (Doc. 50), the Magistrate Judge's Report and Recommendation (Doc. 67), and Plaintiff's

Motion to Dismiss Without Prejudice (Doc. 73). If the parties have not filed a stipulation of dismissal by April 27, 2023, the parties are **DIRECTED** to notify the Court of the status of this case. Otherwise, the Clerk of Court is **DIRECTED** to lift the stay on April 27, 2023.[1]

SO ORDERED this 27th day of March 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court is also **DIRECTED** to **ADMINISTRATIVELY TERMINATE** Craig Jones's Withdrawal of Motion. (Doc. 71.)